UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 11-103 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN ALLEN BILL, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:   Felon in Possession of a Firearm; Possession of Unregistered Firearm

<u>Date of Detention Hearing</u>:   March 21, 2011

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant is charged with possessing an unregistered firearm, having previously been convicted of at least five qualifying felony convictions from 2005 through 2007.

1     (2) Defendant's criminal record includes numerous failures to appear. At the time of his arrest on the instant charges, there was an outstanding Washington State Department of Corrections warrant for violation of supervision.

    (3) Defendant poses a risk of nonappearance due to a history of failing to appear to Court and failure to comply with supervision, prior controlled substance arrests and uncertain controlled substance use history. Defendant poses a risk of danger due to a violent criminal history and the nature and circumstances of the instant charge.

    (4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

    (1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

    (4) The clerk shall direct copies of this Order to counsel for the United States, to

01         counsel for the defendant, to the United States Marshal, and to the United States

02         Pretrial Services Officer.

03     DATED this 21st day of March, 2011.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                                                          PAGE 3